**No. 63241.**—H. W. Robinson Air Frt. Corp. et al. *v.* United States, protests 58/22385, etc. (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

**No. 63242.**—Manca, Inc. *v.* United States, protests 58/19755 and 58/20277 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 8, 1959

**No. 63243.**—Judson Sheldon International and National Carloading Corporation *v.* United States, protests 58/19275 and 58/19777 (New York).

Opinion by LAWRENCE, J. The court finding nothing in the record tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protests were overruled.

**No. 63244.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/19489 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.